Phillip N. Smith Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864
*Attorneys for Defendants,*
*Clark County School District and*
*Daniel Ciarciaglini*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY GINES,<br><br>                     Plaintiff,<br><br>     vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DANIEL CIARCIAGLINI, an individual,<br><br>                     Defendants. | Case No.:   2:25-cv-01630-GMN-NJK<br><br>[Removed from Lower Case No. A-25-924300-C Clark County District Court Department 9]<br><br>**JOIN**T ~~PROPOSED~~ **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES BY 90 DAYS**<br>**(FIRST REQUEST)** |

Parties, by and through Counsel, hereby stipulate to extend all pending deadlines for a period of ninety (90) days to allow new counsel to review the matter, continue settlement negotiations, and schedule necessary depositions. The requested extension is submitted in good faith and not for the purpose of delay. This is the first request to extend discovery deadline in this matter and there is good cause for an extension of discovery deadlines as Parties continue to engage in ongoing negotiations and discovery.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## I.    DISCOVERY COMPLETED TO DATE

Plaintiff has completed the following discovery to date:

| 09/30/2025 | Plaintiffs Initial Disclosure |
|---|---|
| 10/27/2025 | Plaintiff's First Set of Interrogatories to CCSD |
| 10/27/2025 | Plaintiff's First Set of Request for Production of Documents to CCSD |
| 10/27/2025 | Plaintiff's First Set of Admissions to CCSD |
| 10/27/2025 | Plaintiff's First Set of Interrogatories to Ciarciaglini |
| 10/27/2025 | Plaintiff's Second Set of Request for Production of Documents to Ciarciaglini |

Defendant has completed the following discovery to date:

| 10/09/2025 | Defendants Initial Disclosure |
|---|---|
| 1/16/2025 | Defendant CCSD's Responses to Plaintiff's First Set of Request for Production of Documents to CCSD |
| 01/16/2026 | Defendant CCSD's Responses to Plaintiff's First Set of Request for Admissions to CCSD |
| 01/16/2026 | Defendant CCSD's Responses to Plaintiff's First Set of Interrogatories to CCSD |

## II.    DISCOVERY TO BE COMPLETED

The following discovery remains to be completed:

- Initial expert disclosures
- Any written discovery requests that Plaintiff intends to serve on Defendant and vice versa
- Defendant's responses to the same
- Any additional written discovery needed in this action
- Depositions of Defendant's corporate representative witnesses
- Fact witness depositions
- Disclosure of rebuttal expert reports
- Expert depositions

### III.    REASON WHY DISCOVERY WAS NOT COMPLETE AND SHOWING OF GOOD CAUSE

Good cause exists to extend the discovery schedule in this matter. First in early October of 2025, Jacqueline Nichols, primary counsel for CCSD, began to have various health concerns. Ms. Nichols went to the hospital on multiple occasions and underwent a series of diagnostic tests to exclude cardiac arrest. Her symptoms included chest pain, tightness, and a stabbing sensation in her chest, along with a shortness of breath, dizziness, and night sweats. Eventually Ms. Nichols was diagnosed with a pulmonary embolism. Ms. Nichols' recovery affected her ability to work on all her matters.

In November, despite multiple visits to the emergency room, Ms. Nichols tried a federal jury trial before Judge Miranda Du in the case of Felicia Hayes v. Clark County School District. Thereafter, in December of 2025, Ms. Nichols was involved in a serious motor vehicle accident in which she suffered a concussion which impaired her ability to work. As a result of the accident in December, Defendants could not conduct Plaintiffs scheduled deposition of Defendant Daniel Ciarciaglini which had been scheduled on December 18, 2025. Parties are currently discussing additional dates to reschedule the deposition. Abruptly, in late December, Ms. Nichols left the practice of law. This required new counsel at the Defense law firm to take over a number of her files suddenly and over the holidays, as well as requiring time for newly assigned Defense counsel to familiarize themselves with the case.

As a result of the unfortunate events with Ms. Nichols which were out of the control of Defendants, parties seek to extend the discovery deadlines by only ninety (90) days. This would allow both parties to continue discovery efforts and negotiation. Both Plaintiff's counsel and Defense counsel agreed to this and felt given all circumstances it was warranted. The Defense, as Plaintiff's counsel agreed, should not be prejudiced in making their case due to unforeseen medical issues of counsel.

### IV.    PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER

Accordingly, the parties hereby agree and stipulate to a 90-day extension of discovery dates as follows:



WEINBERG WHEELER
HUDGINS GUNN & DIAL

| Event | Current Deadline | Proposed Deadlines |
|---|---|---|
| Discovery Cutoff | April 9, 2026 | **July 8, 2026** |
| Amend Pleadings/Add Parties | January 9, 2026 | **None** |
| Initial Experts | February 9, 2026 | **May 10, 2026** |
| Rebuttal Experts | March 10, 2026 | **June 8, 2026** |
| Dispositive Motion | May 11, 2026 | **August 10, 2026** |
| Pre-Trial Order | June 8, 2026, or 30 days after resolution of dispositive motions | **September 7, 2026, or 30 days after resolution of dispositive motions** |

**IT IS SO STIPULATED.**

DATED this 16th day of January, 2026.

**BREEDEN & ASSOCIATES, PLLC**

/s/ Adam J. Breeden, Esq.
Adam J. Breeden, Esq.
Alyssa N. Piraino, Esq.
7432 W. Sahara Ave., Suite 101
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*

DATED this 16th day of January, 2026.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Phillip N. Smith, Jr.
Phillip N. Smith Jr., Esq.
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorney for Defendant*
*Clark County School District*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: _____January 20, 2026_____