THOMAS D. DILLARD, JR., ESQ. (#6270)
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
tdillard@ocgattorneys.com
Attorney for Defendants
CLARK COUNTY SCHOOL DISTRICT
and DANIEL CIARCIAGLINI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TROY GINES,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DANIEL CIARCIAGLINI, an individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     CASE NO. 2:25-cv-01630-GMN-NJK |

**SUBSTITUTION OF ATTORNEYS**

Defendants CLARK COUNTY SCHOOL DISTRICT and DANIEL CIARCIAGLINI

hereby substitute Thomas D. Dillard, Esq., of the law firm Olson Cannon & Gormley, 9950

West Cheyenne Avenue, Las Vegas, Nevada, 89129, [Telephone: (702) 384-4012] as attorney

of record in place and stead of Phillip N. Smith, Jr., Esq., of the law firm Weinberg, Wheeler,

Hudgins, Gunn & Dial, LLC.

    DATED this 22 day of January, 2026.

CLARK COUNTY SCHOOL DISTRICT

BY: _____

///

1

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

DATED this 22 day of January, 2026.

BY: _____
DANIEL CIARCIAGLINI

I consent to the above substitution.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

BY: _____
PHILLIP N. SMITH, JR., ESQ.
Nevada Bar No. 10233
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

I am duly admitted to practice in this District. Above Substitution accepted.

DATED this 22 day of January, 2026.

OLSON CANNON & GORMLEY

BY: _____
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendants.
CLARK COUNTY SCHOOL DISTRICT
and DANIEL CIARCIAGLINI

IT IS SO ORDERED.
Dated:  January 23, 2026

_____
Nancy J. Koppe
United States Magistrate Judge