**TROY GINES v. CLARK COUNTY SCHOOL DISTRICT, et al.**
Case No. 2:25-cv-01630-GMN-NJK

## INDEX OF EXHIBITS

| # | Description |
|---|---|
| 1. | Gines Cell Phone Video ("Incident Video") |
| 2. | Ciarciaglini Body-Worn Camera Video ("BWC Video") |
| 3. | Deposition Transcript of Daniel Ciarciaglini (April 30, 2026) |
| 4. | Order and Decision Granting Appeal, *Gines v. City of North Las Vegas*, Case No. C-24-387215-A (Eighth Judicial District Court, June 23, 2025) |
| 5. | Crime Report |
| 6. | Deposition Transcript of Troy Gines (June 9, 2026) |
| 7. | Transcript of Incident Video |
| 8. | North Las Vegas Municipal Court Judgment and Sentencing Order, *City of North Las Vegas v. Troy Gines*, Case No. CR004172-23 (Sept. 24, 2024), GINES 000042 |