# Exhibit 5

# Exhibit 5

**Date:**

| Incident: | | |
|---|---|---|
| Incident Report Number: | Between: Date - Time | And/At: Date-Time |
| Incident Location: | | |

| | | | |
|---|---|---|---|
| | | | |
| | | | |

| | Name *(Last, First, Middle)* | DOB: | Race/Sex |
|---|---|---|---|
| Address: *(Address, City, State, Zip)* | | | Phone 1 |
| Employer | | | Phone 2 |
| Employer Address | | | Work Phone # |
| | Name *(Last, First, Middle)* | DOB: | Race/Sex |
| Address: *(Address, City, State, Zip)* | | | Phone 1 |
| Employer | | | Phone 2 |
| Employer Address | | | Work Phone # |

`Body Worn Camera Used`

**NARRATIVE**

On November 20, 2023 I, Officer D. Ciarciaglini #553 working for Clark County School District Police Department (CCSDPD) was performing traffic enforcement near Legacy High School (150 W. Deer Springs NLV, NV 89084) for arrivals when I observed a vehicle commit a traffic violation. The vehicle was identified as a silver 2018 Nissan Armada SUV ▉▉▉▉▉▉▉▉▉▉▉▉▉▉. The driver of that vehicle was identified as ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉. While on that traffic stop, an individual later identified as Troy Gines (▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉) arrived on scene parked his vehicle illegally in the roadway behind my marked patrol unit and obstructed me from doing my duties. Gines was arrested, transported to North Las Vegas City Jail, and his vehicle was towed.

While operating marked patrol unit #1954 on Revere at Deer Springs preparing to turn left I observed the Nissan SUV create his own lane through the gore to turn left from Deer Springs to head South on

The unauthorized Dissemination of this Record is Regulated by Law. Secondary Dissemination of any kind if prohibited and could subject the offender to Criminal and Civil Liability.

This information Released To:
Adam Breeden ESQ.
By: Schell , Jeffery 295
Date: 2/27/2024
Clark County School District Police

| Vehicle Information: *(Year, Make, Model, Style, Color)* | | | | | |
|---|---|---|---|---|---|
| License Number: | State: | Expiration Year: | Vin: | Insurance Company: | |
| Other Vehicle Information: | | | | | NCIC# |
| Reporting Officer(s): | | | | | Report Date: |
| Time Received: | Time Cleared: | Unit(s) Assigned: | | Pages: | 1 Of 5 |
| Reviewed by: | | | | Copy To | **GINES 000164** |

**Incident Report Number:**

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| | | |

Commerce (Revere at Deer Springs heading south turns into Commerce while Northbound remains Revere). I left my travel lane and followed the Nissan and initiated a traffic stop. While speaking with the driver ▮▮▮▮ at the window to obtain his information a White Ram (Dodge) Cargo van pulls up behind my marked patrol unit (approximately 25 feet) and the driver (Gines) walks along the sidewalk and in front of the Nissan that I had pulled over recording the traffic stop, he did however remain on the sidewalk adjacent to the stop. The driver ▮▮▮▮ of the vehicle I had pulled over identified himself as ▮▮▮ utilizing his NV driver license and was attempting to obtain the rest of his documents when I addressed the individual standing approximately 10 ft (according to his own admission) recording the stop. The individual (Gines) was advised that he needed to move further back for Officer Safety purposes and for privacy purposes. The individual (Gines) advised that he was 10 feet away from me and that is all that he is required to do. The individual (Gines) was advised that he needed to move back further, he was provided a specific location the bushes and that he was now obstructing me from doing my duties. The individual (Gines) again refused to move claiming he had the right to be there. The individual (Gines) was then approached and after speaking with him about his presence and his refusal to move he was advised he was obstructing which he denied and was then advised that he was under arrest and to turn around and place his hands behind his back. The individual (Gines) was placed into handcuffs (checked for tightness and double locked) without incident and after a search incident to arrest resulted in finding nothing to notate, he was secured in the patrol unit. The individual (Gines) was then identified as Gines utilizing his NV Driver License which was found in his wallet.

CCSDPD Dispatch was contacted and updated on the incident and the arrival of Gines. Dispatch was advised that due to the interference and the delay that Gines caused that I was providing ▮▮▮▮, the original traffic stop a warning and releasing him. Dispatch was provided the information for the vehicle that Gines operated; NV Plate THORO1, white 2019 Ram Cargo Van (VIN# 3C6TRVCG8KE557426). Dispatch was asked to perform a records check for both Gines and the vehicle. Gines returned with no current wants or holds. The vehicle returned as suspended effective date 6-27-2023. Dispatch was advised to have a tow in route, due to the arrest, the vehicle being parked in a travel lane, and the suspended status of the vehicle.

Gines advised that the handcuffs were hurting (right wrist) due to a previous injury (carpal tunnel). Gines was removed from the patrol unit and his handcuffs where checked for tightness and where both within department standards. I, however released both hands and reapplied the handcuffs due to his now cooperative nature. Gines was asked if he had anything else on him prior to being transported to jail and advised he did not, a 2nd search was completed and again yielded nothing to notate. Gines requested a supervisor and was advised that I would contact one when I had the chance. Gines was secured in the patrol vehicle and his seatbelt was placed on him and adjusted

| Reporting Officer(s): | | Pages: |
|---|---|---|
| | | **GINES 000165** 2 of 5 |

**Continuation**

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|
| | | |

appropriately. Sgt Vaz #525 was advised and met with Gines at North Las Vegas City Jail (NLV City Jail).

Officer Tinoco #675 and Officer Baker #293 arrived to assist. Officer Baker advised that he would complete the tow report on my behalf. Officer Tinoco assisted with the inventory as the Cargo Van was full of miscellaneous items. The vehicle was towed by Snap Towing under Pull #199814. Officer Baker and Officer Tinoco remained with the vehicle while I transported Gines to NLV City Jail. Copies of the tow report were provided to the tow driver, 1 was left in the vehicle, and 1 will be attached to the report.

While transporting Gines to Jail, he made several comments about the incident. Gines was pulled over by me previously (11-2-2023 0702 hrs under citation #CLSD0334333) for the same violation making a left turn from a non- existing lane and was uncooperative and argumentative at the time of his original sto. Gines advised he was there to record me doing traffic stops since he has court on Wednesday (11-22-2023). Gines also advised that he requested body camera footage and was supposed to obtain that video footage today at 9 am at CCSDPD headquarters. Gines disagrees with the citation and advised he was recording me performing and still issuing citations for the same violation to other drivers. Gines claimed I violated his 1st and 4th amendment rights. Gines advised that he has a right to record my traffic stops, that he was 10 ft away which is enough space and courts have confirmed that, that the driver I had pulled over does not have any expectations of privacy from being recorded, and that due to arresting him I violated his rights. Gines was advised that the officers makes the decision on where/ how far away from the scene he wants you to stand not the citizen. Gines was also advised that for privacy purposes while attempting to obtain someone's information he does not have the right to record that and as I did not have to raise my voice at him to hear me he was too close. Gines was advised that he is allowed to record, but not from where he was at for multiple reasons to include Officer Safety. Gines claimed I was making a mistake and that a supervisor should advise me of the same. Gines claimed that I am not protected and that I can be held liable for my actions once the courts make a decision. Gines was advised that he can fight his case in court like every citizen and a judge will make the final decision.

Troy Gines was arrested, transported, and booked into North Las Vegas City Jail (NLV City Jail) for the below listed violations;

Due to the fact that Troy Gines did willfully and unlawfully even after warning remain on scene, not follow lawful orders, and continued to obstruct me by drawing my attention away from my original investigation by creating an unsafe environment as well as invasion of privacy of the original driver probable cause does exist to charge him in violation of NRS 197.190 Obstruction a Public Officer.

| Reporting Officer(s): | | Pages: |
|---|---|---|

GINES 000166

3 of 5

**Continuation**

Incident Report Number | Incident Location: | Incident Date:

Due to the fact that Gines did willfully and unlawfully park his vehicle a white 2019 Ram Cargo Van on Commerce South of Deer Springs in the travel lane when it was not practical nor safe to leave his vehicle in a travel lane impeding the normal flow of travel probable cause does exist to charge him in violation of NRS 484b.440 Stop/ Stand/ Park on travel lane with business/residential district.

Due to the fact that Gines did willfully and unlawfully operate a vehicle, a white 2019 Ram Cargo Van with suspended registration effective 6-27-2023 probable cause further exists to charge him in violation of NRS 482.545.2 Suspended Registration.

NLV City Jail staff (LEST) advised that the incident is being documented under North Las Vegas Police Department (NLVPD) event #2311200023168.

End of report
(7 attachments)

Reporting Officer(s): | | Pages:

**GINES 000167** 4 of 5

# Continuation

| Incident Report Number | Incident Location: | Incident Date: |
|---|---|---|

**NAMES**

**Arrested**

GINES, TROY WILLIAM

DOB:
HT:        WT:        Hair:
Eyes:

**Booking#: 23-003788**

| Case# | Charge | NOC# | Description | Ct |
|---|---|---|---|---|
| 23-130794 | 197.190 | 52312 | False Stmt To/Obstruct Pub Off | 1 |
| 23-130794 | 482.545.2 | 53657 | Dspl Fictitious Veh Reg/Plte/Title | 1 |
| 23-130794 | 484B.440 | 53919 | Stop/Stand/Park Veh On Hwa | 1 |

===============================================================================

| Reporting Officer(s): | | Pages: |
|---|---|---|
| | | 5 of 5 |

GINES 000168