THOMAS D. DILLARD, JR., ESQ. (#6270)
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Telephone: (702) 384-4012
tdillard@ocgattorneys.com
Attorney for Defendants
CLARK COUNTY SCHOOL DISTRICT
and DANIEL CIARCIAGLINI

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TROY GINES,

Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; DANIEL CIARCIAGLINI, an individual,

Defendants.

CASE NO. 2:25-cv-01630-GMN-NJK

**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF 20]**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, TROY GINES, through his attorney, ADAM J. BREEDEN, ESQ., of the law firm of BREEDEN & ASSOCIATES, PLLC, and Defendants, CLARK COUNTY SCHOOL DISTRICT and DANIEL CIARCIAGLINI, through their attorney, THOMAS D. DILLARD, JR., ESQ., of the law firm of OLSON CANNON & GORMLEY, that:

IN CONSIDERATION OF THE FOLLOWING:

1. On June 30, 2026, Plaintiff filed a Motion for Partial Summary Judgment on First Amendment and Nevada Constitutional Claims as to Defendant Ciarciaglini [ECF 20].

Law Offices of
OLSON CANNON & GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

2. Defense counsel has conflicting demands from several other cases including an out of town argument set in the Ninth Circuit Court of Appeals and other dispositive motion deadlines causing the need for an additional two weeks to prepare and file the opposition to the motion.

3. Plaintiff's counsel additionally has numerous briefs also being due at the time a reply to the motion would be due and needs an additional week to file his Reply to Defendant's Opposition to his Motion for Partial Summary Judgment.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE that Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment shall be extended 14 days, until August 4, 2026, with Plaintiff's Reply to Defendant's Opposition to Motion for Summary Judgment due 14 days thereafter, on August 18, 2026.

RESPECTFULLY SUBMITTED.

DATED this 10th day of July, 2026.

BREEDEN & ASSOCIATES, PLLC

/s/ Adam J. Breeden
ADAM J. BREEDEN, ESQ.
Nevada Bar No. 8768
376 E. Warm Springs Rd., Ste. 120
Las Vegas, NV. 89119
*Attorney for PLAINTIFF*

DATED this 10th day of July, 2026.

OLSON CANNON & GORMLEY

/s/ Thomas D. Dillard, Jr.
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, NV. 89129
*Attorney for DEFENDANTS*

**IT IS HEREBY ORDERED:**

**DATED** this 17 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court

*Law Offices of*
OLSON CANNON & GORMLEY
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**Nan Langenderfer**

**From:** Adam Breeden <adam@breedenandassociates.com>
**Sent:** Friday, July 10, 2026 10:22 AM
**To:** Nan Langenderfer
**Cc:** Kirsten Brown; Tom Dillard
**Subject:** Re: Gines v CCSD

External (adam@breedenandassociates.com) Synergy Solutions IT

Graymail Spam Phish More... What is this? Protection by INKY

You may submit with my e-signature.

Sincerely,

**Adam J. Breeden, Esq.**
Breeden Malpractice & Injury Law
376 E. Warm Springs Rd., Suite 120
Las Vegas, NV 89119

Phone 702.819.7770
Fax 702.819.7771
www.breedenandassociates.com

On Fri, Jul 10, 2026 at 8:04 AM Nan Langenderfer <nlangenderfer@ocgattorneys.com> wrote:

Good morning Adam.

Attached please find proposed Stipulation and Order to File Opposition and Reply to your Motion for Partial Summary Judgment. Please let me know if we have your permission to affix your /e/ signature.

Thank you.

**Nan Langenderfer** | Legal Assistant